In the Matter of the Application of HERMAN F. DIENST, as Executor, etc., of ANNA E. DIENST, Deceased, and HERMAN F. DIENST and LOUIS J. DIENST, Respondents, for a Mandamus Order against GEORGE V. BRIANTE, Building Inspector of the Town of Eastchester, Westchester County, State of New York, Appellant. — The petitioners brought this proceeding, in the nature of mandamus, to compel the issuance by the building inspector of a permit to erect a gasoline station on their property on the ground that a zoning ordinance of the town was arbitrary, unreasonable and void. The matter went to a hearing before an official referee, who made findings that the ordinance, in so far as it related to this property, was arbitrary, unreasonable, discriminatory, confiscatory and illegal, and granted an order directing the issuance of such certificate. The proceeding presented very largely questions of fact. Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of MARK W. COHN, as Executor, etc., of HENRY JACOBY, Deceased. THE FIRST INSTITUTE OF PODIATRY, as Administrator with the Will Annexed of HENRY JACOBY, Deceased, Appellant; Dr. WILLIAM J. KRIETE, Respondent.— A physician made claim for medical services rendered to the decedent during about the last four years of his life. The claim was rejected by the executor and was passed upon on the final accounting and allowed in the sum of $4,130. Decree of the Surrogate's Court, Queens county, in so far as an appeal has been taken therefrom, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.